■ In the Matter of ERIE COUNTY SHERIFF'S POLICE BENEVOLENT ASSOCIATION et al., Respondents, v COUNTY OF ERIE et al., Appellants. [899 NYS2d 723]—Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered June 12, 2009 in a CPLR article 75 proceeding and breach of contract action. The order granted the motion of petitioners/plaintiffs for partial summary judgment on the issue of liability.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Martoche, J.P., Smith, Fahey, Peradotto and Green, JJ.